LILY HARROLD and WARREN HARROLD, Plaintiffs, v. THE CITY OF LONG BEACH, Respondent, and 88 EAST MARKET CORP., Appellant.— From an order denying

its motion to enter judgment against the respondent, pursuant to section 211-a of the Civil Practice Act, the defendant-appellant appeals. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.